IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| LISA RICHARDSON HENDERSON | ) | Case No. 17-11389 |
| | ) | |
| Debtor. | ) | Chapter 13 |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEBTOR**

NOW COMES Tommy S. Blalock, III, counsel for the Debtor in the above-referenced Chapter 13 bankruptcy case (hereinafter "Counsel"), and hereby moves to withdraw as attorney of record for the Debtor in this case. The Debtor has requested that she no longer desires for Counsel to represent her in the Chapter 13 case and has requested that Counsel file the instant motion to withdraw as attorney of record for the Debtor.

WHEREFORE, the undersigned requests an Order be entered allowing the undersigned attorney and the law firm of Blalock Law Offices, P.A., to withdraw as attorney for the Debtor in this matter; and granting any other such relief that this Court deems just and proper.

Respectfully submitted, this the 27th day of February, 2019

/s/ Tommy S. Blalock, III
Tommy S. Blalock, III
Attorney for Debtor
620 Green Valley Road, Suite 209
Greensboro, North Carolina 27408
Telephone: (336) 274-2343
N. C. State Bar No. 26467

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEBTOR was served on all interested parties by mailing a copy thereof by first-class mail, postage prepaid, addressed as follows:

>Lisa Richardson Henderson
>PO Box 1044
>Biscoe, NC 27209
>
>Anita Jo Kinlaw Troxler
>Chapter 13 Standing Trustee
>*VIA CM/ECF ONLY*
>
>William P. Miller
>Bankruptcy Administrator
>*VIA CM/ECF ONLY*

This the 27th day of February, 2019.

>/s/ Tommy S. Blalock, III
>Tommy S. Blalock, III
>Attorney for Debtor