Form 149

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 17−11389

IN THE MATTER OF:
Lisa Richardson Henderson    xxx−xx−4727
8753 Hayshed Lane
Columbia, MD 21045−2864

   Debtor(s)

## NOTICE OF DEFICIENCY REGARDING CERTIFICATE OF SERVICE

Objection to Notice of Mortgage Payment Change (Supplement 1) (Re: Supplement to claim number 2. Supplement filed on 1/10/2023.). Filed by Debtor Lisa Richardson Henderson. was filed in the above−captioned case on January 30, 2023.

The following deficiency has been noted regarding service on the above referenced document(s)

**\*No certificate of service has been filed or certificate of service is incomplete.**

Dated: 1/30/23                                                                                                OFFICE OF THE CLERK/smw